# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| NATHANIEL D. RICE, | : | Case No. 1:21-cv-611 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| SHERIFF RICHARD K. JONES, et al. | : | |
| Defendants. | : | |

### ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 12), OVERRULING OBJECTION, RECOMMENDATION (Doc. 7), AND TERMINATING CASE FROM DOCKET

The Court has reviewed the Report and Recommendation (Doc. 12) of United States Magistrate Judge Stephanie K. Bowman, to whom this case is referred pursuant to 28 U.S.C. § 636(b). In the Report, Judge Bowman recommends dismissing the claims against Defendant State Troopers with prejudice for failure to state a claim. The Report also recommends dismissing the remaining claims without prejudice to re-file a separate action or actions including those claims. Plaintiff filed objections to the report. (Doc. 15.)

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon such review, the Court finds that Plaintiff's Objections are not well-taken and are accordingly **OVERRULED**. The Court **ADOPTS** the Report and Recommendation in its entirety. The Court orders as follows:

(1) **DISMISSES WITH PREJUDICE** Plaintiff's claims against Defendant State Troopers;

(2) **DISMISSES WITHOUT PREJUDICE** all remaining claims;

(3) **DENIES AS MOOT** the motion for preliminary injunction and/or a temporary restraining order;

(4) **CERTIFIES** pursuant to 28 U.S.C. § 1915(e)(2)(B) that for the reasons in the Report, any appeal of this Order would not be taken in good faith and accordingly **DENIES LEAVE** to Plaintiff to appeal *in forma pauperis*. See *McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997); and

(5) **TERMINATES** this case from the docket.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND